PATRICIA K. GILLETTE (STATE BAR NO. 74461)
pgillette@orrick.com
GREG J. RICHARDSON (STATE BAR NO. 203788)
grichardson@orrick.com
KATINA B. MINER (STATE BAR NO. 244914)
kminer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1-415-773-5700
Facsimile:      +1-415-773-5759

Attorneys for Defendants
FEDERAL RESERVE BANK OF SAN FRANCISCO,
WARREN HOWARD, ROBIN KAN and ANNE MARIE
KOHLIGIAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIRDRE MORRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL RESERVE BANK OF SAN FRANCISCO, WARREN HOWARD, ROBIN KAN and ANNE MARIE KOHLIGIAN,<br><br>　　　　　Defendant. | Case No.  CV 08 4981 TEH<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>[N.D. CAL.CIV.L.R. 6-1(a)] |

1  Plaintiff Deirdre Morris ("Plaintiff") and Defendants Federal Reserve Bank of San
2  Francisco, Warren Howard, Robin Kan and Anne Marie Kohligan ("Defendant") hereby stipulate,
3  by and through their counsel of record, pursuant to Local Civil Rule 6-1(a), to extend the deadline
4  for Defendant to file its response to Plaintiff's Complaint For Damages For Employment
5  Discrimination, Breach Of Contract, Breach Of Covenant Of Good Faith And Fair Dealing,
6  Defamation and Intentional Infliction Of Emotional Distress, which was filed with this Court on
7  to February 27, 2009. If Defendants file a motion to dismiss, the parties hereby stipulate and
8  agree that Plaintiff's opposition papers will be due four weeks thereafter.

9  Dated: February 25, 2009                ORRICK, HERRINGTON & SUTCLIFFE LLP

                                            _____
                                            KATINA B. MINER
                                            Attorneys for Defendants
                                            FEDERAL RESERVE BANK OF SAN
                                            FRANCISCO, WARREN HOWARD, ROBIN
                                            KAN and ANNE MARIE KOHLIGAN

15 Dated: February 26, 2009                BOGAARDS LAW OFFICE

                                            _____
                                            PIETER BOGAARDS
                                            Attorneys for Plaintiff
                                            DEIRDRE MORRIS

IT IS SO ORDERED
Judge Thelton E. Henderson
02/27/09
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 1 -                         STIPULATION TO EXTEND TIME TO FILE RESPONSE
                                                                TO COMPLAINT
                                                                CV 08 4981 JL