1  PATRICIA K. GILLETTE (STATE BAR NO. 74461)
   pgillette@orrick.com
2  GREG J. RICHARDSON (STATE BAR NO. 203788)
   grichardson@orrick.com
3  KATINA B. MINER (STATE BAR NO. 244914)
   kminer@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:    +1-415-773-5700
   Facsimile:    +1-415-773-5759
7
   Attorneys for Defendants
8  FEDERAL RESERVE BANK OF SAN FRANCISCO,
   WARREN HOWARD, ROBIN KAN and ANNE MARIE
9  KOHLIGIAN

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  DEIRDRE MORRIS,                          Case No. CV 08-4981 TEH

14             Plaintiff,                    **JOINT STIPULATION AND
                                             [PROPOSED] ORDER SEEKING
15        v.                                 EXTENSION OF TIME FOR
                                             DEFENDANTS' TO FILE MOTION
16  FEDERAL RESERVE BANK OF SAN              FOR SUMMARY ADJUDICATION**
    FRANCISCO, WARREN HOWARD,
17  ROBIN KAN and ANNE MARIE                 Date:
    KOHLIGIAN,                               Time:
18                                           Location:  Courtroom 12, 19th Floor
               Defendants.                   Judge:     Hon. Thelton E. Henderson
19

1  Under Civil Local Rule 6-2, the parties hereby stipulate to extend Defendants' time
2  to file a Motion for Summary Adjudication from July 7, 2009 to July 14, 2009. Given this
3  extension, the parties also stipulate to a new hearing date of August 31, 2009, or as soon
4  thereafter as is convenient for the Court. With the new hearing date of August 31, 2009 and
5  keeping the same timing schedule to which the parties and the court previous agreed, the
6  Plaintiff's opposition will be due on August 10, 2009 and the Defendant's reply brief will be due
7  on August 17, 2009. Pursuant to the Local Rules, the Declaration of Patricia K. Gillette setting
8  forth the reasons for this extension of time accompanies this stipulation.

10  Dated: June 30, 2009

PATRICIA K. GILLETTE
GREG J. RICHARDSON
KATINA B. MINER
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____/s/ Patricia K. Gillette_____
Patricia K. Gillette
Attorneys for Defendants
FEDERAL RESERVE BANK OF SAN
FRANCISCO, WARREN HOWARD, ROBIN
KAN and ANNE MARIE KOHLIGIAN

17  Dated: June 30, 2009

PIETER BOGAARDS
ORRICK, HERRINGTON & SUTCLIFFE LLP

*
_____
Pieter Bogaards
Attorneys for Plaintiff
LAW OFFICES OF PIETER BOGAARDS

* Concurrence in the filing of this document has been obtained from the signatory.

**IT IS SO ORDERED.**
Dated: _07/01/09_

The case management conference is also continued to 08/31/09 at 10:00 AM after the hearing on the motion.

HONORABLE T
United States
/s/ Thelton E. Henderson
Judge Thelton E. Henderson