PATRICIA K. GILLETTE (STATE BAR NO. 74461)
pgillette@orrick.com
GREG J. RICHARDSON (STATE BAR NO. 203788)
grichardson@orrick.com
KATINA B. MINER (STATE BAR NO. 244914)
kminer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1-415-773-5700
Facsimile:     +1-415-773-5759

Attorneys for Defendants
FEDERAL RESERVE BANK OF SAN FRANCISCO,
WARREN HOWARD, ROBIN KAN and ANNE MARIE
KOHLIGIAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIRDRE MORRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL RESERVE BANK OF SAN FRANCISCO, WARREN HOWARD, ROBIN KAN and ANNE MARIE KOHLIGIAN,<br><br>　　　　　Defendants. | Case No.  CV 08-4981 TEH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION TO GIVE THE PARTIES TIME TO MEDIATE THE CASE ON AUGUST 13, 2009**<br><br>Date:<br>Time:<br>Location:    Courtroom 12, 19th Floor<br>Judge:         Hon. Thelton E. Henderson |

OHS West:260703433.1

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE
HEARING ON DEFENDANTS' MOTION FOR SUMMARY
ADJUDICATION - CV 08 4981 TEH

Under Civil Local Rule 6-2, the parties hereby stipulate to continue the date of the hearing on Defendants' Motion for Summary Adjudication from August 31, 2009 to November 16, 2009, or as soon thereafter as is convenient for the Court, in order to facilitate mediation on August 13, 2009.

This stipulation is because the parties have agreed to mediate the case on August 13, 2009. As the current briefing schedule on Defendants' motion stands, Plaintiff will have to prepare an opposition to motion prior to mediation. To avoid any further protracted litigation prior to mediation, the parties jointly stipulate to and request the Court to continue the summary judgment hearing date to November 16, 2009.

Given this continuance, the parties also stipulate to extend the deadlines for further briefing on this motion, including the deadline for Plaintiff to file and serve an opposition to Defendants' Motion for Summary Adjudication from August 10, 2009 to October 27, 2009, and the deadline for Defendants to file and serve a reply from August 17, 2009 to November 3, 2009. Pursuant to the Local Rules, the Declaration of Greg J. Richardson setting forth the reasons for this continuance and extension of time accompanies this stipulation.

Dated: July 30, 2009

PATRICIA K. GILLETTE
GREG J. RICHARDSON
KATINA B. MINER
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Greg J. Richardson
Greg J. Richardson
Attorneys for Defendants
FEDERAL RESERVE BANK OF SAN FRANCISCO, WARREN HOWARD, ROBIN KAN and ANNE MARIE KOHLIGIAN

Dated: July 30, 2009

PIETER BOGAARDS
ORRICK, HERRINGTON & SUTCLIFFE LLP

\* Pieter Bogaards
Attorneys for Plaintiff
LAW OFFICES OF PIETER BOGAARDS

\* Concurrence in the filing of this document has been obtained from the signatory.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
Dated:   07/31/09

HONORABLE THELTON E. HENDERSON
United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*