PATRICIA K. GILLETTE (STATE BAR NO. 74461)
pgillette@orrick.com
GREG J. RICHARDSON (STATE BAR NO. 203788)
grichardson@orrick.com
KATINA B. MINER (STATE BAR NO. 244914)
kminer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Attorneys for Defendants
FEDERAL RESERVE BANK OF SAN FRANCISCO,
WARREN HOWARD, ROBIN KAN and ANNE MARIE
KOHLIGIAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIRDRE MORRIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL RESERVE BANK OF SAN FRANCISCO, WARREN HOWARD, ROBIN KAN and ANNE MARIE KOHLIGIAN,<br><br>　　　　　Defendants. | Case No. CV 08-4981 TEH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:<br>Time:<br>Location: Courtroom 12, 19th Floor<br>Judge: Hon. Thelton E. Henderson |

Under Civil Local Rule 6-2, the parties hereby stipulate to continue the date of the hearing on Defendants' Motion for Summary Judgment from November 16, 2009 to February 8, 2010, and to have Plaintiff's Opposition to the Summary Judgment be filed January 11, 2010, and Defendant's Reply filed January 25, 2010.

This stipulation is due to the trial and briefing calendars of both parties. Plaintiff's counsel has been in trial in the month of October and is engaged in preparing multiple post-trial briefs, precluding him from working on the Opposition in this matter until after its current due date of October 26, 2009. After that date, Defendants' counsel has several pre-scheduled briefs in other matters and trial scheduled in December 2009, precluding counsel from preparing any Reply brief until January 2009. Therefore, the parties have agreed to the following briefing schedule pending the Court's approval:

- Plaintiff's Opposition to Summary Judgment: January 11, 2010.
- Defendants' Reply to Summary Judgment: January 25, 2010.
- Hearing on the Summary Judgment Motion: February 8, 2010 at ~~9:00~~ 10:00 a.m., or as soon thereafter as the Court may allow.

Pursuant to the Local Rules, the Declaration of Greg J. Richardson setting forth the reasons for this continuance and extension of time accompanies this stipulation.

- 2 -

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE
HEARING ON DEFENDANTS' MOTION FOR SUMMARY
ADJUDICATION - CV 08 4981 TEH

Dated: October 12, 2009

PATRICIA K. GILLETTE
GREG J. RICHARDSON
KATINA B. MINER
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Greg J. Richardson
Greg J. Richardson
Attorneys for Defendants
FEDERAL RESERVE BANK OF SAN FRANCISCO, WARREN HOWARD, ROBIN KAN and ANNE MARIE KOHLIGIAN

Dated: October 12, 2009

PIETER BOGAARDS
ORRICK, HERRINGTON & SUTCLIFFE LLP

* Pieter Bogaards
Attorneys for Plaintiff
LAW OFFICES OF PIETER BOGAARDS

* Concurrence in the filing of this document has been obtained from the signatory.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
Dated: _10/20/09_

HONORABLE THELTON E. HENDERSON
United States District Court Judge

Judge Thelton E. Henderson

- 3 -

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION - CV 08-4981 TEH