PATRICIA K. GILLETTE (STATE BAR NO. 74461)
pgillette@orrick.com
GREG J. RICHARDSON (STATE BAR NO. 203788)
grichardson@orrick.com
KATINA B. MINER (STATE BAR NO. 244914)
kminer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1-415-773-5700
Facsimile:    +1-415-773-5759

Attorneys for Defendants
FEDERAL RESERVE BANK OF SAN FRANCISCO,
WARREN HOWARD, ROBIN KAN and ANNE MARIE
KOHLIGIAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIRDRE MORRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL RESERVE BANK OF SAN FRANCISCO, WARREN HOWARD, ROBIN KAN and ANNE MARIE KOHLIGIAN,<br><br>　　　　Defendants. | Case No.  CV 08-4981 TEH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUTOFF PENDING MANDATORY SETTLEMENT CONFERENCE** |

OHS West:261069506.1

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND
DISCOVERY CUTOFF  PENDING MANDATORY SETTLEMENT
CONFERENCE CV 08 4981 TEH

Under Civil Local Rule 6-2, the parties hereby stipulate to extend the discovery cutoff from January 24, 2011 to February 20, 2011 pursuant to the terms set forth in the Declaration filed herewith. This extension will afford the parties the opportunity to focus on the upcoming mandatory settlement conference scheduled for February 7, 2011. Pursuant to the Local Rules, the Declaration of Patricia K. Gillette setting forth the reasons for this requested extension of time accompanies this stipulation.

Dated: January 13, 2011

PATRICIA K. GILLETTE
GREG J. RICHARDSON
KATINA B. MINER
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Patricia K. Gillette
Patricia K. Gillette
Attorneys for Defendants
FEDERAL RESERVE BANK OF SAN FRANCISCO, WARREN HOWARD, ROBIN KAN and ANNE MARIE KOHLIGIAN

Dated: January 13, 2011

PIETER BOGAARDS
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Pieter Bogaards*
Pieter Bogaards
Attorneys for Plaintiff
LAW OFFICES OF PIETER BOGAARDS

* Orrick attests that concurrence in the filing of the document has been obtained from the other signatory, which shall serve in lieu of their signature on the document.

**IT IS SO ORDERED.**
Dated:  1/14/2011

_____
HONORABLE THELTON E. HENDERSON
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*

OHS West:261069506.1

- 2 -

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUTOFF PENDING MANDATORY SETTLEMENT CONFERENCE CV 08 4981 TEH