1  PIETER BOGAARDS (State Bar No. 107803)
   pieter@bogaards.com
2  BOGAARDS LAW OFFICES
   103 East Blithesdale
3  Mill Valley, CA 94941
   Tel: 415 381-5002
4  Fax: 415 381-5009

5  Attorneys for Plaintiff Deirdre Morris

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

DEIRDRE MORRIS,                      Case No. CV 08-4981 TEH

            Plaintiff,

   v.                                STIPULATED REQUEST FOR
                                     DISMISSAL OF ACTION WITH
FEDERAL RESERVE BANK OF SAN          PREJUDICE AND [PROPOSED]
FRANCISCO, WARREN HOWARD,            ORDER RE SAME
ROBIN KAN and ANNE MARIE
KOHLIGIAN,

            Defendants.

OHS West:261096503.1                 REQUEST FOR DISMISSAL OF ACTION WITH
                                     PREJUDICE AND [PROPOSED] ORDER CASE NO.
                                     CV 08-4981 TEH

1
2     IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii),
3  by and between the parties to this action, acting through their counsel of record, that the above-
4  captioned entire action of all parties and all causes of action be and are hereby dismissed, with
5  prejudice.
6
7  Dated: March 7, 2011

8                                          LAW OFFICES OF PIETER BOGAARDS
9
                                           By: /s/ Pieter Bogaards
10                                             Pieter Bogaards
                                               Attorneys for Plaintiff
11                                             LAW OFFICES OF PIETER BOGAARDS

12  Dated: March 21, 2011               PATRICIA K. GILLETTE
                                        GREG J. RICHARDSON
13                                      KATINA B. MINER
                                        ORRICK, HERRINGTON & SUTCLIFFE LLP
14
15                                          /s/ Patricia K. Gillette
16                                          Patricia K. Gillette
                                            Attorneys for Defendants
17                                          FEDERAL RESERVE BANK OF SAN
                                            FRANCISCO, WARREN HOWARD, ROBIN
18                                          KAN and ANNE MARIE KOHLIGIAN
19
20        The Court having considered the above Stipulation, and good cause appearing therefore,
21  IT IS HEREBY ORDERED that the claims of PLAINTIFF DEIRDRE MORRIS are
22  DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.
23  **IT IS SO ORDERED.**
24  Dated:  03/22/2011
25
26                                          HON. _____ DERSON
                                            U.                       dge
27                                          Judge Thelton E. Henderson
28

OHS West:261096503.1                 - 1 -     REQUEST FOR DISMISSAL OF ACTION WITH
                                               PREJUDICE AND [PROPOSED] ORDER CASE NO.
                                               CV 08-4981 TEH